

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:95-CR-84-20BR

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER FOR DISMISSAL |
| | ) | |
| JOSHUA E. GILAT | ) | |

**FILED**

**SEP 2 4 2007**

DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Indictment No. 5:95-CR-84-20-BR as to the above named defendant only due to evidentiary issues in the case.

_____
FELICE McCONNELL CORPENING
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
W. EARL BRITT
Senior United States District Judge

Date: 09-21-07